IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELIUS LISTER | : | CIVIL ACTION |
| | : | NO. 13-3013 |
| vs. | : | |
| FITNESS INTERNATIONAL, LLC, d/b/a<br>LA FITNESS | : | |

## ORDER

AND NOW, this 3rd day of April, 2014, defendant's motion for summary judgment is GRANTED.  Judgment hereby is entered in favor of defendant Fitness International, LLC, d/b/a LA Fitness and against plaintiff Cornelius Lister.

　　　/s/ Thomas N. O'Neill Jr.
　　　THOMAS N. O'NEILL, JR., J.